IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Christine M. Arguello

Criminal Action No. 18-cr-00170-CMA-2
(Civil Action No. 20-cv-03194-CMA)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

2. VICTOR LOERA,

    Defendant/Movant.

## ORDER TO FILE AMENDED § 2255 MOTION

Movant, Victor Loera, was convicted, pursuant to his guilty plea, of one count of possession with intent to distribute 5 kilograms or more of cocaine, or aiding and abetting the same, pursuant to 18 U.S.C. §§ 841(a)(1), (b)(1)(A), and 18 U.S.C. § 2. (Doc. # 205). On February 20, 2019, he was sentenced to a 37-month term of imprisonment. (*Id.*). On October 26, 2020, Mr. Loera filed, *pro se,* a Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 ("2255 Motion"). (Doc. # 306).

Mr. Loera completed Sections A, B, C, and D of the § 2255 Motion, but he does not assert any claims for relief in Section E. Instead, Mr. Loera states: "Could not file due to Covid" and "sign copy send to court and another to U.S. Attorney Office CO." (*Id.* at p. 4).

It is unclear why Mr. Loera could complete some sections of the § 2255 Motion form, but not assert any claims for relief. The Court will afford Mr. Loera an opportunity to file an amended § 2255 Motion <u>with all sections of the form completed</u>. Mr. Loera must allege the legal basis for, and specific factual allegations to support, any asserted claims

for relief.

Mr. Loera is reminded that a one-year limitation period applies to his § 2255 Motion. *See* 28 U.S.C. § 2255(f). Therefore, Mr. Loera should explain in Section G of the form why his § 2255 Motion, filed more than one year after his conviction was final, is not time-barred. Accordingly, it is

ORDERED that the Court's order of October 29, 2020 (Doc. # 308) is hereby VACATED. It is

FURTHER ORDERED that Movant, Victor Loera, shall file, **within thirty (30) days of the date of this Order**, an Amended § 2255 Motion, on the court-approved form, that complies with the directives of this Order. It is

FURTHER ORDERED that if Mr. Loera fails to file an Amended § 2255 Motion that complies with this Order within the time allowed, the § 2255 Motion (Doc. # 306), will be denied for the reasons discussed above.

DATED:   November 10, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge